WHEN RECORDED MAIL TO:
D. Scott Carruthers, (SBN 68745)
D. Scott Carruthers, APLC
8448 Katella Ave
Stanton CA 90680
Email: dsclawoff@aol.com
Telephone: (714) 761-3976

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW E ORSO<br><br>PLAINTIFF(S),<br>v.<br><br>TODD DISNER et al<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 8:20-mc-00025<br><br>ABSTRACT OF JUDGMENT/ORDER |

I certify that in the above-entitled action and Court, Judgment/Order was entered on 9/16/2020
in favor of Nationwide Judgment Recovery, Inc.
whose address is 8452 Katella Ave, Stanton CA 90680
and against Kyle W. Wolack
whose last known address is 55 Rabano Rancho Santa Margarita CA 92688
for $13,725.37      Principal,   $553.71      Interest,   $0.00      Costs,
and $0.00      Attorney Fees.

ATTESTED this   14   day of   October   , 20 20
Judgment debtor's driver's license no. and state;                         (last 4 digits) ☑ Unknown.
Judgment debtor's Social Security number;   7346   (last 4 digits) ☐ Unknown.
☑ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends

Judgment debtor's attorney's name and address and/or address at which summons was served:

55 RABANO
RANCHO SANTA MARGARITA CA 92688

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk

NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN
AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

G-18 (03/12)                                              ABSTRACT OF JUDGMENT/ORDER