*WHEN RECORDED MAIL TO:*
D. Scott Carruthers, (SBN 68745)
D. Scott Carruthers, APLC
8448 Katella Ave
Stanton CA 90680
Email: dsclawoff@aol.com
Telephone: (714) 761-3976

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Nationwide Judgment Recovery Inc

PLAINTIFF(S),
v.

TODD DISNER et al

DEFENDANT(S).

CASE NUMBER:

CV 5:20-mc-00025

**ABSTRACT OF JUDGMENT/ORDER**

I certify that in the above-entitled action and Court, Judgment/Order was entered on 10/8/2020
in favor of Nationwide Judgment Recovery, Inc.
whose address is 8452 Katella Ave, Stanton CA 90680
and against Ronald Brown
whose last known address is 3643 Mustang Dr Ontario CA 91761
for $ 3,479.68       Principal,   $ 141.32       Interest,   $ 0.00       Costs,
and $ 0.00           Attorney Fees.

ATTESTED this   21   day of   October   , 20 20
Judgment debtor's driver's license no. and state;                (last 4 digits) ☑ Unknown.
Judgment debtor's Social Security number;        4630            (last 4 digits) ☐ Unknown.
☑ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

3643 MUSTANG DR
ONTARIO CA 91761

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk

1246

NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN
AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

G-18 (03/12)                ABSTRACT OF JUDGMENT/ORDER